IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOWARD COHAN, | ) | CASE NO.: 19 cv 6000 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | INJUNCTIVE RELIEF SOUGHT |
| | ) | |
| AMERICAN LANE SCHAUMBURG | ) | Hon. John J. Tharp Jr. |
| HOTEL, LLC, and LETHAN SCHAUMBURG | ) | |
| HH, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), the Plaintiff, HOWARD COHAN, hereby gives notice of the voluntary dismissal of this action, with prejudice.

Dated this 16th day of December, 2019.

HOWARD COHAN

By: /s/ Robert M. Kaplan

Counsel for Plaintiff

**Law Offices of Robert M. Kaplan, P.C.**
Counsel for the Plaintiff
1535 W. Schaumburg Rd., Suite 204
Schaumburg, IL 60194
Tel:  (847) 895-9151
Fax:  (847) 895-7320
IL Bar No.: 6206215
rmkap@robertkaplanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2019, I electronically filed the foregoing Plaintiff's Notice of Voluntary Dismissal with the Clerk of Court using the CM/ECF system which will send notification of this filing to the attorneys of record.

/s/ Robert M. Kaplan